IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADFORD G. HILTON, <br><br>  Plaintiff, <br><br> v. <br><br> SIEMENS INDUSTRY, INC., <br><br>  Defendant. | No. C 14-0417 MMC <br><br> **ORDER DIRECTING PARTIES TO SUBMIT CHAMBERS COPY OF COMPLAINT, ANSWER, AND MOTION TO WITHDRAW** |

On February 14, 2014, the instant action was reassigned to the undersigned.

To facilitate the Court's review of the instant matter, the Court hereby DIRECTS plaintiff to submit, no later than February 24, 2014, chambers copies of the Complaint and Motion to Withdraw as Attorney. The Court further DIRECTS defendant to submit by the same date a chambers copy of its Answer.

**IT IS SO ORDERED.**

Dated: February 19, 2014

MAXINE M. CHESNEY
United States District Judge