United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BRADFORD G. HILTON,

             Plaintiff,

  v.

SIEMENS INDUSTRY, INC.,

             Defendant.

_____/

No. C 14-0417 MMC

**ORDER GRANTING PLAINTIFF'S
COUNSEL'S MOTION TO WITHDRAW;
DIRECTIONS TO CLERK; DIRECTIONS
TO PARTIES**

      Before the Court is the Motion to Withdraw, filed February 3, 2014, by Shari R.

Rhode ("Rhode") and Cassie R. Korando ("Korando"), by which motion Rhode and

Korando seek an order allowing them to withdraw as counsel of record for plaintiff Bradford

G. Hilton ("Hilton").  Hilton has consented to Rhode and Korando's withdrawal.  Having

read and considered the papers filed in support of the instant motion, the Court deems the

matter suitable for decision thereon and, good cause appearing, the motion is hereby

GRANTED.

      In light of the Court's having granted the instant motion, Hilton now proceeds pro se,

and, accordingly, the Clerk is hereby DIRECTED to reflect on the docket the following

contact information for Hilton:

//

1

2

Bradford G. Hilton
P.O. Box 5753
2121 Meridian Park Blvd.
Concord, CA 94524

3

4

Defendant is hereby DIRECTED to continue to electronically file all documents.

5

Additionally, defendant is hereby DIRECTED to serve all documents filed with the Court on

6

Hilton at the above-stated address, either by mail or by personal delivery.

7

Hilton is hereby DIRECTED to submit all documents in paper form, specifically, by

8

mailing or otherwise delivering to the Clerk of the District Court, 450 Golden Gate Avenue,

9

16th Floor, San Francisco CA 94102, an original document along with a chambers copy of

10

any original document, such copy clearly marked "Chambers Copy."  Additionally, Hilton is

11

hereby DIRECTED to serve defendant with a copy of any document he files with the Clerk,

12

and to file proof of such service.  See Civil L.R. 5-5(a).[1]

13

Hilton is further DIRECTED to provide to the Clerk, in writing, a phone number at

14

which he can be contacted.

15

**IT IS SO ORDERED.**

16

17

Dated: February 25, 2014

MAXINE M. CHESNEY
United States District Judge

18

19

20

21

22

23

24

25

26

27

28

---

[1] Hilton is hereby ADVISED to obtain, either from his former counsel or from the Clerk of the Court, a copy of the Civil Local Rules for the Northern District of California. Alternatively, the Civil Local Rules are available on the District Court's website, specifically, http://www.cand.uscourts.gov.

2